US court

501 I Street

Sacramento, CA 95814

Taifusin Chiu

4005 23rd ave apt J

Sacramento, CA 95820

FILED

FEB 14 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

,

Plaintiff, Taifusin Chiu

v.

,

Defendant. All Iu mien from all churches, outside culture, and neighborhood/ The President of US, Donald Trump/ Statistic of people

No. 2:24-cv-0472-TLN-JDP

Medal of Honor versus Purple Heart

The President Show Down
900 Septillion Number

999 USD Quora's Number President Show Down and USD Infinite  President Show down

Maximum Number to Infinite Number USD President

Fight above and beyond and infinite debt

1

999 USD Quora's Number President Show Down and USD Infinite  President Show down

Maximum Number to Infinite Number USD President

Fight above and beyond and infinite debt

Fight above and beyond world clock's debt

 Achievement versus no achievement

Restrict versus picky

Boundary line versus border line

Restrict versus picky on boundary line versus borderline on human right and law in overall life

achievement

The President Show Down/The Presidency Case

Iu Mien restrict restraint order go church down to 0 head and go shaman house and give

attitude to Iu Mienh shaman for college fail or state of university, or university fail. She or he

fight over something which he or she start violence with shaman people. Iu Mien from all church

appear in church and win and sky and land overall life achievement fortune bond and free all

debt bond and generate each country and all countries and free all debt and winner-take-all

system as highest achievement and obtain Medal of Honor awrad.

I win 4 Iu Mien Multi -Function Business Alliance building, 4 Iu Mien Multi -Function

Business Alliance building Human resource building, 4 Iu Mien Multi -Function Business

Alliance corporation 60 story building, 4 Iu Mien Multi -Function Business Alliance headquarter

60 story building, and 4 Iu Mien Multi -Function Business Alliance Organization 60 story

building as highest achievement and obtain Medal of Honor award.

I win 4 Iu Mien Student Conference building, 4 Iu Mien Student Conference building Human resource building, 4 Iu Mien Student Conference corporation 60 story building, 4 Iu Mien Student Conference headquarter 60 story building, and 4 Iu Mien Student Conference Organization 60 story building for free as highest achievement and obtain Medal of Honor award.

Date: 2/13/2024

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

US court

501 I Street

Sacramento, CA 95814


Taifusin Chiu

4005 23rd ave apt J

Sacramento, CA 95820

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | No. |
|---|---|
| , | |
| Plaintiff, Taifusin Chiu | |
| v. | |
| , | |
| Defendant. The President of US/ Statistic of people | |

Medal of Honor versus Purple Heart

The President Show Down
900 Septillion Number

1

Fight above and beyond world clock's debt

Achievement versus no achievement

Restrict versus picky

Boundary line versus border line

Restrict versus picky on boundary line versus borderline on human right and law in overall life achievement

The President Show Down/The Presidency Case

Merit case

Merit white glove

Medal of Honor versus Purple Heart

Ingot versus missionary

Iu Mien people from all churches

Round 2

$500 Million The President Show Down

All in

Easy Money

2 case with different location and other location or spread all locations for worldwide

Similar or same behavior near colonial and spread and neighborhood in oak park, 23rd ave and other neighborhood or other location in Sacramento

Update

Round 7

Statistic of people walk in door and walk out of door and win free all debt under such a word as highest achievement and obtain Medal of Honor award.
Number of heads of count as highest achievement and obtain Medal of Honor award.

Date: 2/13/2024

2

Your signature

**Saetern, Chiew Lio aka Chiu, Taifusin**

**YOUR NAME**

**IN PRO PER**

3

US court

501 I Street

Sacramento, CA 95814

Taifusin Chiu

4005 23rd ave apt J

Sacramento, CA 95820

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | No. |
|---|---|
| , | |
| Plaintiff, Taifusin Chiu | |
| v. | . |
| , | |
| Defendant. All Iu mien from all churches, outside culture, and neighborhood/ The President of US, Donald Trump/ | |

Medal of Honor versus Purple Heart

The President Show Down
900 Septillion Number

999 USD Quora's Number President Show Down and USD Infinite  President Show down

Maximum Number to Infinite Number USD President

Fight above and beyond and infinite debt

4

Above and beyond and infinite bond of pink star diamond

A pink star diamond creates as small as rice as 0 and creates as big as sky and land and beyond and infinite bail, free, destroy, and remove Father of God and Mother of Goddess out of debt and drop as small as rice as 0 profit, benefits, and share all around the countries, countrywide, and return back to my country. I am profit, benefit, and share all around the state and statewide and return to my state. I am profit, benefit, and share all around the city and citywide and return to my city. I am profit, benefits, and share all around the county and countywide and return to my county. I am profit, benefit, and share around the hours, minutes, second, millisecond, become debt and free all debt and free all debt bond and above and beyond and infinite bond of pink diamond and generate for each country and all countries, state, city, county, hour, minutes, second, and millisecond as highest achievement obtain Medal of Honor award.

We, the people of US and I test true or lie

We, and he people of US and I kill all word lie under oath, We, the people of US and I am requesting the truth to be confession and obtain Purple Heart award.

We, the people of US and I kill all words lie to the oath, We, the people of US and I am requesting the truth to be confession and obtain Purple Heart award.

We, the people of US and I test cheating and no cheating

We, the people of US and I kill all cheating and cheating on money and We, the people of US and I am requesting the truth to confession and obtain Purple Heart Award.

We, the people of US and I test yes and no answer to all questions

We, the people of US and I kill all he word " no" and remove it safely and peacefully and circle "yes" and obtain Purple Heart award.

5

We, the people of US and I select promote from Preamble in US constitution

We, the people of US and I promote kill to revive in Purple Heart award.

We, the people of US and I revive my highest achievement, a pink star diamond creates as small as rice as big as sky and land and beyond and infinite bail, free, remove, and destroy all Father of God and Mother of Goddess' debt and drop as small as rice as 0 and profit, benefits, and share all around the country and countrywide and return back to my home country. I am profit, benefits, and share all around the state and statewide and return to my home city. I am profit, benefit, and share all around the city and citywide and return my home my home city. I am profit, benefit, and share around the hours, minutes, second, millisecond, become debt and free all debt and free all debt bond and above and beyond and infinite bond of pink star diamond and generate for each country and all countries, state, city, county, hour, minutes, second, and millisecond obtain Medal of Honor award or Purple Heart award.

We, the people of US and I win my highest achievement, a pink star diamond creates as rice as big as sky and land and beyond and infinite bail, remove, destroy, and free all Father of God and Mother of Goddess' debt and drop or small or rice or 0 and drop as small as rice as 0 and profit, benefits, and share all around the country and countrywide and return my home country. I am profit, benefits, and share all around the state and statewide and return my back to my home state. I am profit, benefits, and share all around the city, and citywide and return my back to my home city. I am profit, benefit, and share around the hours, minutes, second, millisecond, become debt and free all debt and free all debt bond and above and beyond and infinite bond of pink star diamond generate for each country and all countries, state, city, county, hour, minutes, second, and millisecond as highest achievement obtain Medal of Honor award. We, the people of US and I both Medal of Honor award and Purple Heart award.

Date: 2/13/2024

6

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

US court

501 I Street

Sacramento, CA 95814


Taifusin Chiu

4005 23rd ave apt J

Sacramento, CA 95820


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | No. |
|---|---|
| , | |
| Plaintiff, Taifusin Chiu | |
| v. | |
| , | |
| Defendant. All Iu mien from all churches, outside culture, and neighborhood/ The President of US, Donald Trump/ Statistic of people | |

Medal of Honor versus Purple Heart

The President Show Down
900 Septillion Number

999 USD Quora's Number President Show Down and USD Infinite President Show down

Maximum Number to Infinite Number USD President

Fight above and beyond and infinite debt

1

Fight above and beyond world clock's debt

Achievement versus no achievement

Restrict versus picky

Boundary line versus border line

Restrict versus picky on boundary line versus borderline on human right and law in overall life achievement

The President Show Down/The Presidency Case

Merit case

Merit white glove

Medal of Honor versus Purple Heart

Ingot versus missionary

Iu Mien people from all churches

Round 2

$500 Million The President Show Down

All in

Easy Money

2 case with different location and other location or spread all locations for worldwide

Similar or same behavior near colonial and spread and neighborhood in oak park, 23rd ave and other neighborhood or other location in Sacramento

Update

Round 6

In beginning of life, God, the creator and Goddess, the creator create element overall life achievement fortune and choose sky and land. Combine them sky and land overall life achievement fortune, elemental overall life achievement fortune. Statistic of people walk in door and walk out of door and win sky and land overall life achievement fortune bond employee's pay check and free all debt under such a word as highest achievement and obtain Medal of Honor award.

2

Number of heads of count as highest achievement and obtain Medal of Honor award.

Date: 2/13/2024

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

3

US court

501 I Street

Sacramento, CA 95814


Taifusin Chiu

4005 23rd ave apt J

Sacramento, CA 95820


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | No. |
|---|---|
| , | |
| Plaintiff, Taifusin Chiu | |
| v. | |
| , | |
| Defendant. All Iu mien from all churches, outside culture, and neighborhood/ The President of US, Donald Trump/ | |

Medal of Honor versus Purple Heart

The President Show Down
900 Septillion Number

999 USD Quora's Number President Show Down and USD Infinite  President Show down

Maximum Number to Infinite Number USD President

Fight above and beyond and infinite debt

1

Fight above and beyond world clock's debt

Achievement versus no achievement

Restrict versus picky

Boundary line versus border line

Restrict versus picky on boundary line versus borderline on human right and law in overall life achievement

The President Show Down/The Presidency Case

Merit case

Merit white glove

Medal of Honor versus Purple Heart

Ingot versus missionary

Iu Mien people from all churches

Round 2

$500 Million The President Show Down

All in

Easy Money

2 case with different location and other location or spread all locations for worldwide

Similar or same behavior near colonial and spread and neighborhood in oak park, 23rd ave and other neighborhood or other location in Sacramento

Update

Round 6

Statistic of people walk in door and walk out of door and win sky and land overall life achievement fortune bond employee's pay check and free all debt under such a word as highest achievement and obtain Medal of Honor award.
Number of head of count as highest achievement and obtain Medal of Honor award.

2

US court

501 I Street

Sacramento, CA 95814

Taifusin Chiu

4005 23rd ave apt J

Sacramento, CA 95820

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | No. |
|---|---|
| , | |
| Plaintiff, Taifusin Chiu | |
| v. | |
| , | |
| Defendant. The President of US/ Statistic of people | |

Medal of Honor versus Purple Heart

The President Show Down
900 Septillion Number

1

Above and beyond and infinite bond of pink star diamond

A pink star diamond creates as small as rice as 0 and creates as big as sky and land and beyond and infinite bail, free, destroy, and remove Father of God and Mother of Goddess out of debt and drop as small as rice as 0 profit, benefits, and share all around the countries, countrywide, and return back to my country. I am profit, benefit, and share all around the state and statewide and return to my state. I am profit, benefit, and share all around the city and citywide and return to my city. I am profit, benefits, and share all around the county and countywide and return to my county. I am profit, benefit, and share around the hours, minutes, second, millisecond, become debt and free all debt and free all debt bond and above and beyond and infinite bond of pink diamond and generate for each country and all countries, state, city, county, hour, minutes, second, and millisecond as highest achievement obtain Medal of Honor award.

We, the people of US and I test true or lie

We, and he people of US and I kill all word lie under oath, We, the people of US and I am requesting the truth to be confession and obtain Purple Heart award.

We, the people of US and I kill all words lie to the oath, We, the people of US and I am requesting the truth to be confession and obtain Purple Heart award.

We, the people of US and I test cheating and no cheating

We, the people of US and I kill all cheating and cheating on money and We, the people of US and I am requesting the truth to confession and obtain Purple Heart Award.

We, the people of US and I test yes and no answer to all questions

We, the people of US and I kill all he word " no" and remove it safely and peacefully and circle "yes" and obtain Purple Heart award.

3

We, the people of US and I select promote from Preamble in US constitution

We, the people of US and I promote kill to revive in Purple Heart award.

We, the people of US and I revive my highest achievement, a pink star diamond creates as small as rice as big as sky and land and beyond and infinite bail, free, remove, and destroy all Father of God and Mother of Goddess' debt and drop as small as rice as 0 and profit, benefits, and share all around the country and countrywide and return back to my home country. I am profit, benefits, and share all around the state and statewide and return to my home city. I am profit, benefit, and share all around the city and citywide and return my home my home city. I am profit, benefit, and share around the hours, minutes, second, millisecond, become debt and free all debt and free all debt bond and above and beyond and infinite bond of pink star diamond and generate for each country and all countries, state, city, county, hour, minutes, second, and millisecond obtain Medal of Honor award or Purple Heart award.

We, the people of US and I win my highest achievement, a pink star diamond creates as rice as big as sky and land and beyond and infinite bail, remove, destroy, and free all Father of God and Mother of Goddess' debt and drop or small or rice or 0 and drop as small as rice as 0 and profit, benefits, and share all around the country and countrywide and return my home country. I am profit, benefits, and share all around the state and statewide and return my back to my home state. I am profit, benefits, and share all around the city, and citywide and return my back to my home city. I am profit, benefit, and share around the hours, minutes, second, millisecond, become debt and free all debt and free all debt bond and above and beyond and infinite bond of pink star diamond generate for each country and all countries, state, city, county, hour, minutes, second, and millisecond as highest achievement obtain Medal of Honor award. We, the people of US and I both Medal of Honor award and Purple Heart award.

Date: 2/13/2024

4

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

**YOUR NAME**

**IN PRO PER**

5

US court

501 I Street

Sacramento, CA 95814


Taifusin Chiu

4005 23rd ave apt J

Sacramento, CA 95820

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

,                                                    No.

Plaintiff, Taifusin Chiu

v.

,

Defendant. The
President of US/All
report

Medal of Honor versus Purple Heart

The President Show Down
999 USD Gizmodo Number President Show Down and USD Infinite  President Show down

Maximum Number to Infinite Number USD President

6

Achievement versus no achievement

Restrict versus picky

Boundary line versus border line

Restrict versus picky on boundary line versus borderline on human right and law in overall life achievement

The President Show Down

| | |
|---|---|
| High School diploma and without high school diploma | $8.25 per hour |
| Campus Job College | $9.00 per hour |
| Certificate of Achievement | $10.50 per hour |
| Associate degree | $15.15 per hour |
| Bachelor Degree | $28.00 per hour |
| Master Degree | $35.00 per hour |
| PH.D. or Doctor Degree | $45.00 per hour |
| The President of US or The President of Country | $192.38 per hour |

Sick leave, retirement, 401k, employee pay check for all employees

| | |
|---|---|
| High School diploma and without high school diploma | $235.00 per hour |

Sick leave, retirement, 401k,

| | |
|---|---|
| Campus Job College | $239.00 per hour |

Sick leave, retirement, 401k,

| | |
|---|---|
| Certificate of Achievement | $240.00 per hour |

7

Sick leave, retirement, 401k,

Associate degree                                                    $245.15 per hour

Sick leave, retirement, 401k,

Sick leave, retirement, 401k,

Bachelor Degree                                                    $248.29 per hour

Sick leave, retirement, 401k,

Master Degree                                                      $255.39 per hour

Sick leave, retirement, 401k,

PH.D. or Doctor Degree                                             $265.39 per hour

Sick leave, retirement, 401k,

The President of US or The President of Country                    $512.29 per hour

Reminder as tian is sky, di is land,

Sick leave, retirement, 401k,

Welfare  $525.00 increase $2,485 per monthly

Foodstamp or Calfresh $200 increase $900 per monthly

SSI check

$660 increase $2,620 per monthly

Joint $770 increase $2,730  per monthly

Single $930 increase $3,000 per monthly

EDD $800-$900 weekly

8

GA $800- $900 weekly

Financial aid $1,700 per semester increase to $5,700 community college and make adjustable increase for state of University, University of California, University,

Cal Grant $1700

Unemployment pay rate $900-$1000 weekly

Medical, Medicare, senior, disabled,

I won this battle and profit, benefit, and share all countries including Laos and Thailand and obtain Medal of Honor award.

As result a battle, I win one-term, four year, The President of US. I am The President of US. I free all debt. I create the bill, sign the bill, pass the bill, win the bill, approve the bill, and winner-take-all system as highest achievement and obtain Medal of Honor award.

Date: 7/13/2024

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

9

US court

501 I Street

Sacramento, CA 95814


Taifusin Chiu

4005 23rd ave apt J

Sacramento, CA 95820


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


,                                                          No.

Plaintiff, Taifusin Chiu

v.

,

Defendant. The
President of US/All
report


Medal of Honor versus Purple Heart

The President Show Down
999 USD Gizmodo Number President Show Down and USD Infinite  President Show down

Maximum Number to Infinite Number USD President

8

Achievement versus no achievement

Restrict versus picky

Boundary line versus border line

Restrict versus picky on boundary line versus borderline on human right and law in overall life achievement

The President Show Down

| | |
|---|---|
| High School diploma and without high school diploma | $8.25 per hour |
| Campus Job College | $9.00 per hour |
| Certificate of Achievement | $10.50 per hour |
| Associate degree | $15.15 per hour |
| Bachelor Degree | $28.00 per hour |
| Master Degree | $35.00 per hour |
| PH.D. or Doctor Degree | $45.00 per hour |
| The President of US or The President of Country | $192.38 per hour |

Sick leave, retirement, 401k, employee pay check for all employees

| | |
|---|---|
| High School diploma and without high school diploma | $235.00 per hour |

Sick leave, retirement, 401k,

| | |
|---|---|
| Campus Job College | $239.00 per hour |

Sick leave, retirement, 401k,

| | |
|---|---|
| Certificate of Achievement | $240.00 per hour |

9

Sick leave, retirement, 401k,

Associate degree                                                    $245.15 per hour

Sick leave, retirement, 401k,

Sick leave, retirement, 401k,

Bachelor Degree                                                    $248.29 per hour

Sick leave, retirement, 401k,

Master Degree                                                      $255.39 per hour

Sick leave, retirement, 401k,

PH.D. or Doctor Degree                                            $265.39 per hour

Sick leave, retirement, 401k,

The President of US or The President of Country                  $512.29 per hour

Reminder as tian is sky, di is land,

Sick leave, retirement, 401k,

Welfare  $525.00 increase $2,485 per monthly

Foodstamp or Calfresh $200 increase $900 per monthly

SSI check

$660 increase $2,620 per monthly

Joint $770 increase $2,730  per monthly

Single $930 increase $3,000 per monthly

EDD $800-$900 weekly

10

GA $800- $900 weekly

Financial aid $1,700 per semester increase to $5,700 community college and make adjustable increase for state of University, University of California, University,

Cal Grant $1700

Unemployment pay rate $900-$1000 weekly

Medical, Medicare, senior, disabled,

I won this battle and profit, benefit, and share all countries including Laos and Thailand and obtain Medal of Honor award.

As result a battle, I win one-term, four year, The President of US. I am The President of US. I free all debt. I create the bill, sign the bill, pass the bill, win the bill, approve the bill, and winner-take-all system as highest achievement and obtain Medal of Honor award.

Date: 2/13/2024

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

11

US court

501 I Street

Sacramento, CA 95814

Taifusin Chiu

4005 23rd ave apt J

Sacramento, CA 95820

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | No. |
|---|---|
| ,<br><br>Plaintiff, Taifusin Chiu<br><br>v.<br><br>,<br><br>Defendant. The President of US/All report | |

Medal of Honor versus Purple Heart

The President Show Down

999 USD Gizmodo Number President Show Down and USD Infinite  President Show down

Maximum Number to Infinite Number USD President

8

Achievement versus no achievement

Restrict versus picky

Boundary line versus border line

Restrict versus picky on boundary line versus borderline on human right and law in overall life achievement

The President Show Down

| | |
|---|---|
| High School diploma and without high school diploma | $8.25 per hour |
| Campus Job College | $9.00 per hour |
| Certificate of Achievement | $10.50 per hour |
| Associate degree | $15.15 per hour |
| Bachelor Degree | $28.00 per hour |
| Master Degree | $35.00 per hour |
| PH.D. or Doctor Degree | $45.00 per hour |
| The President of US or The President of Country | $192.38 per hour |

Sick leave, retirement, 401k, employee pay check for all employees

| | |
|---|---|
| High School diploma and without high school diploma | $135.00 per hour |
| Sick leave, retirement, 401k, | |
| Campus Job College | $139.00 per hour |
| Sick leave, retirement, 401k, | |
| Certificate of Achievement | $140.00 per hour |

Sick leave, retirement, 401k,

Associate degree                                                    $145.15 per hour


Sick leave, retirement, 401k,


Sick leave, retirement, 401k,

Bachelor Degree                                                    $148.29 per hour

Sick leave, retirement, 401k,

Master Degree                                                      $155.39 per hour

Sick leave, retirement, 401k,


PH.D. or Doctor Degree                                            $165.39 per hour

Sick leave, retirement, 401k,

The President of US or The President of Country                   $412.29 per hour


Reminder as tian is sky, di is land,


Sick leave, retirement, 401k,


Welfare   $525.00 increase $2,485 per monthly

Foodstamp or Calfresh $200 increase $900 per monthly

SSI check

$660 increase $2,620 per monthly

Joint $770 increase $2,730  per monthly

Single $930 increase $3,000 per monthly

EDD $800-$900 weekly

10

GA $800- $900 weekly

Financial aid $1,700 per semester increase to $5,700 community college and make adjustable increase for state of University, University of California, University,

Cal Grant $1700

Unemployment pay rate $900-$1000 weekly

Medical, Medicare, senior, disabled,

I won this battle and profit, benefit, and share all countries including Laos and Thailand and obtain Medal of Honor award.

As result a battle, I win one-term, four year, The President of US. I am The President of US. I free all debt. I create the bill, sign the bill, pass the bill, win the bill, approve the bill, and winner-take-all system as highest achievement and obtain Medal of Honor award.

Date: 2/10/2024

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

11

US court

501 I Street

Sacramento, CA 95814

Taifusin Chiu

4005 23rd ave apt J

Sacramento, CA 95820

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

,                                                        No.

Plaintiff, Taifusin Chiu

v.

,

Defendant. The
President of US/All
report

Medal of Honor versus Purple Heart

The President Show Down
900 Graham's Number
Above and beyond and infinite bond of exceptional GIA certified 3.20 carat Fancy intense blue radiant cut diamond

A exceptional GIA certified 3.20 carat Fancy intense blue radiant cut diamond creates as small as rice as 0 and creates as big as sky and land and above and beyond and infinite bail, free, destroy, and remove Father of God and Mother of Goddess out of debt and drop as small as rice as 0 profit, benefits, and share all around the countries, countrywide, and

4

return back to my country. I am profit, benefit, and share all around the state and statewide and return to my state. I am profit, benefit, and share all around the city and citywide and return to my city. I am profit, benefits, and share all around the county and countywide and return to my county. I am profit, benefit, and share around the hours, minutes, second, millisecond, become debt and free all debt and free all debt bond and above and beyond and infinite bond of exceptional GIA certified 3.20 carat Fancy intense blue radiant cut diamond and generate for each country and all countries, state, city, county, hour, minutes, second, and millisecond as highest achievement obtain Medal of Honor award.

We, the people of US and I test true or lie

We, and he people of US and I kill all word lie under oath, We, the people of US and I am requesting the truth to be confession and obtain Purple Heart award.

We, the people of US and I kill all words lie to the oath, We, the people of US and I am requesting the truth to be confession and obtain Purple Heart award.

We, the people of US and I test cheating and no cheating

We, the people of US and I kill all cheating and cheating on money and We, the people of US and I am requesting the truth to confession and obtain Purple Heart Award.

We, the people of US and I test yes and no answer to all questions

We, the people of US and I kill all he word " no" and remove it safely and peacefully and circle "yes" and obtain Purple Heart award.

We, the people of US and I select promote from Preamble in US constitution

We, the people of US and I promote kill to revive in Purple Heart award.

We, the people of US and I revive my highest achievement, a exceptional GIA certified 3.20 carat Fancy intense blue radiant cut diamond creates as small as rice as big as sky and land

5

and above and beyond and infinite bail, free, remove, and destroy all Father of God and Mother of Goddess' debt and drop as small as rice as 0 and profit, benefits, and share all around the country and countrywide and return back to my home country. I am profit, benefits, and share all around the state and statewide and return to my home city. I am profit, benefit, and share all around the city and citywide and return my home my home city. I am profit, benefit, and share around the hours, minutes, second, millisecond, become debt and free all debt and free all debt bond and above and beyond and infinite bond of exceptional GIA certified 3.20 carat Fancy intense blue radiant cut diamond  and generate for each country and all countries, state, city, county, hour, minutes, second, and millisecond obtain Medal of Honor award or Purple Heart award.

We, the people of US and I won my highest achievement, a exceptional GIA certified 3.20 carat Fancy intense blue radiant cut diamond  creates as rice as big as sky and land and above and beyond and infinite bail, remove, destroy, and free all Father of God and Mother of Goddess' debt and drop or small or rice or 0 and drop as small as rice as 0 and profit, benefits, and share all around the country and countrywide and return my home country. I am profit, benefits, and share all around the state and statewide and return my back to my home state. I am profit, benefits, and share all around the city, and citywide and return my back to my home city. I am profit, benefit, and share around the hours, minutes, second, millisecond, become debt and free all debt and free all debt bond and above and beyond and infinite bond of exceptional GIA certified 3.20 carat Fancy intense blue radiant cut diamond  and generate for each country and all countries, state, city, county, hour, minutes, second, and millisecond as highest achievement obtain Medal of Honor award. We, the people of US and I both Medal of Honor award and Purple Heart award.

6

Date: 2/10/2024

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

7

US court

501 I Street

Sacramento, CA 95814

Taifusin Chiu

4005 23rd ave apt J

Sacramento, CA 95820

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  | No. |
|---|---|
| , | |
| Plaintiff, Taifusin Chiu | |
| v. | |
| , | |
| Defendant. All Iu mien from all churches, outside culture, and neighborhood/ The President of US, Donald Trump/all churches | |

Medal of Honor versus Purple Heart

The President Show Down
900 Septillion Number

999 USD Quora's Number President Show Down and USD Infinite  President Show down

Maximum Number to Infinite Number USD President

Fight above and beyond and infinite debt

1

Fight above and beyond world clock's debt

Achievement versus no achievement

Restrict versus picky

Boundary line versus border line

Restrict versus picky on boundary line versus borderline on human right and law in overall life achievement

The President Show Down/The Presidency Case

Merit case

Merit white glove

Medal of Honor versus Purple Heart

Ingot versus missionary

Iu Mien people from all churches

Round 2

$500 Million The President Show Down

All in

Easy Money

2 case with different location and other location or spread all locations for worldwide

Similar or same behavior near colonial height library and spread and neighborhood in oak park,

23rd ave and other neighborhood or other location in Sacramento

Update

Iu Mien or Mien restraint order Iu Mien or Mien goes to church down to 0 head as highest achievement and obtain Medal of Honor award.

You appear in churches and win sky and land overall life achievement fortune bond's employees and free all debt for all countries under such a word as highest achievement and obtain Medal of Honor award.

2

You fail entire major program and on your own. When Churches look iu Mien or Mien shaman and win sky and land overall life achievement fortune bond's employees' paycheck as highest achievement and obtain Medal of Honor award.

Date: 2/10/2024

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

3

US court

501 I Street

Sacramento, CA 95814

Taifusin Chiu

4005 23rd ave apt J

Sacramento, CA 95820

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | No. |
|---|---|
| , | |
| Plaintiff, Taifusin Chiu | |
| v. | |
| , | |
| Defendant. All Iu mien from all churches, outside culture, and neighborhood, all churches people/ The President of US, Donald Trump/ | |

Medal of Honor versus Purple Heart

The President Show Down
900 Septillion Number

999 USD Quora's Number President Show Down and USD Infinite  President Show down

Maximum Number to Infinite Number USD President

1

Fight above and beyond and infinite debt

Fight above and beyond world clock's debt

Achievement versus no achievement

Restrict versus picky

Boundary line versus border line

Restrict versus picky on boundary line versus borderline on human right and law in overall life achievement

The President Show Down/The Presidency Case

Merit case

Merit white glove

Medal of Honor versus Purple Heart

Ingot versus missionary

Iu Mien people from all churches

Round 2

$500 Million The President Show Down

All in

Easy Money

2 case with different location and other location or spread all locations for worldwide

Similar or same behavior near colonial height library and spread and neighborhood in oak park, 23rd ave and other neighborhood or other location in Sacramento

Update

Iu mien or Mien goes church and have problem with people restraint order Iu Mien or Mien people go to church and coming to church down to zero people inside church and he or she or you appear in church and win free all debt, sky and land overall life achievement fortune bond, and elemental overall life achievement fortune bond employee's check call such a game or big gamble for gambler under such a word as highest achievement and obtain Medal of Honor award.

2

Date: 02/9/2023

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

3

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California ☑

| | |
|---|---|
| Taifusin Chiu | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:23-CV-2215-kJTh-cki) |
| The President of US/All Iu Mien | ) |
| *Defendant* | ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  The President of US/All Iu Mien

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

### Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within  30  days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

### What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:      02/13/2024

| | |
|---|---|
| | TaifusinChiu |
| | *Signature of the attorney or unrepresented party* |
| | TaifusinChiu |
| | *Printed name*<br>4005 23rd ave apt J<br>Sacramento, CA 95820 |
| | *Address* |
| | tchiu2004@hotmail.com |
| | *E-mail address* |
| | 916-454-1331 |
| | *Telephone number* |

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of California ☑

| | |
|---|---|
| **Taifusin Chiu** | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:23-cv-2215-kJT1-ck 1) |
| **Taifusin Chiu/ The President of US** | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Taifusin Chiu/ The President of US
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____02/13/2024_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  02/13/2024

_____
*Signature of the attorney or unrepresented party*

**Taifusin Chiu**
*Printed name of party waiving service of summons*

**Taifusin Chiu**
*Printed name*
4005 23rd ave apt J
Sacramento, CA 95820

*Address*

tchiu2004@hotmail.com
*E-mail address*

(916) 454-1331
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.